UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re ) | Chapter 7, No. 25-30049-EDK |
| ) | |
| SAMUEL DAVID CASTILLO ) | |
| ) | |
| Debtor ) | |
| ) | |

**MOTION TO AMEND SCHEDULE E/F AND MATRIX**

SAMUEL DAVID CASTILLO (the "Debtor"), the debtor in the above-captioned matter, hereby moves this Court, pursuant to Fed. R. Bankr. P. 1009 and MLBR 1009-1, for the entry of an Order authorizing and approving an amendment of his Schedule E/F and the creditor matrix. In support of this Motion, the Debtor respectfully represents as follows:

1. On January 30, 2025 (the "Petition Date"), the Debtor filed a Voluntary Petition under the provisions of Chapter 7 of the United States Bankruptcy Code ("Bankruptcy Code") with the United States Bankruptcy Court for the District of Massachusetts ("Bankruptcy Court").

2. Pursuant to the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the MLBR, the Debtor wishes to amend his Schedule E/F and creditor matrix to more accurately list his liabilities.

WHEREFORE, the Debtor respectfully requests the entry of an Order authorizing the amendments filed herewith and providing such other and further relief as the Court may deem just and proper.

SAMUEL DAVID CASTILLO

Dated: February 13, 2025

By: /s/ Andrea M. O'Connor
ANDREA M. O'CONNOR, ESQ.
MA No. 679540

1

        For FITZGERALD LAW, P.C.
        46 Center Square
        East Longmeadow, MA 01028
        Tel. (413) 486-1110
        amo@fitzgeraldpc.com

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Samuel David Castillo** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number 3:25-bk-30049
(if known)

☒ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B ............................................................... $ 0.00

   1b. Copy line 62, Total personal property, from Schedule A/B ...................................................... $ 11,002.00

   1c. Copy line 63, Total of all property on Schedule A/B ................................................................. $ 11,002.00

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*... $ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ................................ $ 24,000.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ........................... $ 43,770.00

   **Your total liabilities** $ 67,770.00

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ................................................................. $ 1,094.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ............................................................................ $ 1,070.00

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. **What kind of debt do you have?**

   ☒ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1  **Samuel David Castillo**  Case number *(if known)*  **3:25-bk-30049**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.  $ **1,094.00**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 24,000.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 24,000.00 |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Samuel David Castillo** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS | |
| Case number (if known) | 3:25-bk-30049 | ☒ Check if this is an amended filing |

# Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.   Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☒ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **INTERNAL REVENUE SERVICE** | Last 4 digits of account number ____ | $24,000.00 | $24,000.00 | $0.00 |

Priority Creditor's Name
**PO Box 7346**
**Philadelphia, PA 19101**
Number Street City State Zip Code

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a   community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Payroll Taxes**

**Is the claim subject to offset?**
☒ No
☐ Yes

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☒ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

   **Total claim**

Debtor 1  Samuel David Castillo    Case number (if known)  3:25-bk-30049

| 4.1 | **Amazon Web Services** | Last 4 digits of account number | | $3,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**410 Terry Avenue North**
**Seattle, WA 98109**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Business Debt**

---

| 4.2 | **AMERICAN FIRST FINANCE** | Last 4 digits of account number  **TURE** | | $6,761.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**ATTN: BANKRUPTCY**
**PO BOX 565848**
**Dallas, TX 75356-5848**
Number Street City State Zip Code

When was the debt incurred?  **12/5/2023**

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Credit card purchases**

---

| 4.3 | **AUSTIN ENERGY** | Last 4 digits of account number  **7037** | | $201.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 64378**
**SAINT PAUL, MN 55164-0378**
Number Street City State Zip Code

When was the debt incurred?  **2024-05**

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

Debtor 1  Samuel David Castillo                          Case number (if known)    3:25-bk-30049

| 4.4 | **BAYLOR SCOTT & WHITE CLINIC** | Last 4 digits of account number | | $155.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1800 S A.W. Grimes Blvd**
**Round Rock, TX 78664**

When was the debt incurred?  **2024**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a   community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Medical bills**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 4.5 | **CAPITAL ONE** | Last 4 digits of account number  **8769** | | $770.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 31293**
**SALT LAKE CITY, UT 84131-0293**

When was the debt incurred?  **2023-08**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a   community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   _____

**Is the claim subject to offset?**
☒ No
☐ Yes

| 4.6 | **CHARTER COMMUNICATIONS** | Last 4 digits of account number  **9335** | | $180.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**131 TOWER PARK DR**
**STE 100**
**WATERLOO, IA 50701-9374**

When was the debt incurred?  **2024-07**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a   community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor 1   Samuel David Castillo                              Case number (if known)   3:25-bk-30049

| | | |
|---|---|---|
| 4.7 | **CHARTER COMMUNICATIONS**<br>Nonpriority Creditor's Name<br>**260 AIRPORT PLAZA BLVD**<br>**FARMINGDALE, NY 11735-3946**<br>Number Street City State Zip Code<br>**Who incurred the debt?** Check one.<br>☒ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim is for a community debt<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | Last 4 digits of account number   **0806**<br>When was the debt incurred?   **2024-06**<br>**As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of NONPRIORITY unsecured claim:**<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>☒ Other. Specify _____ | $155.00 |
| 4.8 | **CREDIT ONE BANK N A**<br>Nonpriority Creditor's Name<br>**P.O. Box 98873**<br>**Las Vegas, NV 89193**<br>Number Street City State Zip Code<br>**Who incurred the debt?** Check one.<br>☒ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim is for a community debt<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | Last 4 digits of account number   **1872**<br>When was the debt incurred?   **2024-07**<br>**As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of NONPRIORITY unsecured claim:**<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>☒ Other. Specify _____ | $607.00 |
| 4.9 | **DISCOVER FINANCIAL**<br>Nonpriority Creditor's Name<br>**PO BOX 30939**<br>**SALT LAKE CITY, UT 84130-0939**<br>Number Street City State Zip Code<br>**Who incurred the debt?** Check one.<br>☒ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim is for a community debt<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | Last 4 digits of account number   **3943**<br>When was the debt incurred?   **2023-06**<br>**As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of NONPRIORITY unsecured claim:**<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>☒ Other. Specify _____ | $214.00 |
| 4.10 | **GM FINANCIAL**<br>Nonpriority Creditor's Name<br>**PO BOX 181145**<br>**ARLINGTON, TX 76096-1145**<br>Number Street City State Zip Code<br>**Who incurred the debt?** Check one.<br>☒ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim is for a community debt<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | Last 4 digits of account number   **3460**<br>When was the debt incurred?   **2022-12**<br>**As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of NONPRIORITY unsecured claim:**<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>☒ Other. Specify _____ | $20,999.00 |

Debtor 1 **Samuel David Castillo**    Case number (if known) **3:25-bk-30049**

| 4.11 | **JONATHAN J. CASTILLO** | Last 4 digits of account number _____ | $1,200.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**3 Church Street, Apt. F**
**Medway, MA 02053**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

**Is the claim subject to offset?**
☒ No
☐ Yes

| 4.12 | **JOSHUA M. CASTILLO** | Last 4 digits of account number _____ | $800.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**17 Treehouse Circle**
**Easthampton, MA 01027**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

**Is the claim subject to offset?**
☒ No
☐ Yes

| 4.13 | **OPORTUN INC** | Last 4 digits of account number **6894** | $764.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**306 ENTERPRISE DR**
**OXFORD, MS 38655-2762**
Number Street City State Zip Code

When was the debt incurred? **2024-05-23**

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor 1 | Samuel David Castillo | Case number (if known) | 3:25-bk-30049 |

### 4.14 PATHWARD
Nonpriority Creditor's Name
**5501 S. Broadband Lane**
**Sioux Falls, SD 57108**
Number Street City State Zip Code

**Last 4 digits of account number** 0334

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**$764.00**

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Unsecured Debt**

---

### 4.15 PATRICK MCGUIRE
Nonpriority Creditor's Name
**20 Whitmar Circle**
**Plymouth, MA 02360**
Number Street City State Zip Code

**Last 4 digits of account number**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**$1,200.00**

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

---

### 4.16 PETER J. CASTILLO
Nonpriority Creditor's Name
**48 Pine Brook Curve**
**Northampton, MA 01060**
Number Street City State Zip Code

**Last 4 digits of account number**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**$1,500.00**

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Loan**

---

| | | |
|---|---|---|
| Debtor 1 | **Samuel David Castillo** | Case number (if known) **3:25-bk-30049** |

### 4.17 Radius Global Solutions

**Nonpriority Creditor's Name**
**PO Box 390846**
**Minneapolis, MN 55439**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____          $0.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Discover**

---

### 4.18 SENTURY CREDIT

**Nonpriority Creditor's Name**
**2809 Grand Avenue**
**Everett, WA 98201**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____          $2,000.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Unsecured Debt**

---

### 4.19 SUNCHASE APARTMENTS

**Nonpriority Creditor's Name**
**1200 Sunrise Road, Round**
**Round Rock, TX 78664**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____          $2,000.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

---

Debtor 1  **Samuel David Castillo**  Case number (if known)  **3:25-bk-30049**

| 4.2 0 | **VALLEY HOSPITAL** | Last 4 digits of account number | $500.00 |

Nonpriority Creditor's Name
**620 Shadow Lane**
**Las Vegas, NV 89106**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Medical bills**

---

**Part 3:  List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**CAPITAL ONE**
**ATTN: BANKRUPTCY**
**PO BOX 30285**
**SALT LAKE CITY, UT 84130-0285**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.5** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**CBE GROUP**
**131 TOWER PARK DR**
**STE 100**
**WATERLOO, IA 50701-9374**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**CBE GROUP**
**ATTN: BANKRUPTCY**
**PO BOX 900**
**WATERLOO, IA 50704-0900**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**DISCOVER FINANCIAL**
**ATTN: BANKRUPTCY**
**PO BOX 3025**
**NEW ALBANY, OH 43054-3025**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**GM FINANCIAL**
**801 CHERRY ST**
**STE 3600**
**FORT WORTH, TX 76102-6855**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**I C SYSTEM**
**PO BOX 64378**
**SAINT PAUL, MN 55164-0378**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**IC SYSTEMS, INC**
**ATTN: BANKRUPTCY**
**444 HIGHWAY 96 E**
**SAINT PAUL, MN 55127-2557**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

---

| Debtor 1 | Samuel David Castillo | Case number (if known) | 3:25-bk-30049 |
|---|---|---|---|

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| INTERNAL REVENUE SERVICE<br>Attn: Bankruptcy Unit<br>PO Box 9112<br>Boston, MA 02203 | Line **2.1** of (Check one):<br>☒ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| LVNV FUNDING<br>GREENVILLE, SC 29602 | Line **4.8** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| LVNV FUNDING/RESURGENT CAPITAL<br>ATTN: BANKRUPTCY<br>PO BOX 10497<br>GREENVILLE, SC 29603-0497 | Line **4.8** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| SECURITY CREDIT SERVICES<br>ATTN: BANKRUPTCY<br>PO BOX 1156<br>OXFORD, MS 38655-1156 | Line **4.13** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| SECURITYCRED<br>306 ENTERPRISE DR<br>OXFORD, MS 38655-2762 | Line **4.13** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| SUNRISE CREDIT SERVICES, INC.<br>ATTN: BANKRUPTCY<br>PO BOX 9004<br>MELVILLE, NY 11747-9004 | Line **4.7** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| SUNRISECRED<br>260 AIRPORT PLAZA BLVD<br>FARMINGDALE, NY 11735-3946 | Line **4.7** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | | | Total Claim |
|---|---|---|---|---|
| 6a. | Domestic support obligations | 6a. | $ | 0.00 |
| 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 24,000.00 |
| 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | **24,000.00** |

**Total claims from Part 2**

| | | | | Total Claim |
|---|---|---|---|---|
| 6f. | Student loans | 6f. | $ | 0.00 |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| 6i. | Other. Add all other nonpriority unsecured claims. Write that amount | 6i. | $ | 43,770.00 |

| Debtor 1 | **Samuel David Castillo** | | Case number (if known) | **3:25-bk-30049** |
|---|---|---|---|---|

        here.

| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 43,770.00 |
|---|---|---|---|---|

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Samuel David Castillo** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS | | |
| Case number (if known) | 3:25-bk-30049 | | |

☒ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules       12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  **/s/ Samuel David Castillo**                           X _____
**Samuel David Castillo**                                    Signature of Debtor 2
Signature of Debtor 1

Date  **February 13, 2025**                                Date

# United States Bankruptcy Court
### District of Massachusetts

In re: **Samuel David Castillo**
Debtor(s)

Case No. **3:25-bk-30049**
Chapter **7**

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **February 13, 2025**

/s/ **Samuel David Castillo**
**Samuel David Castillo**
Signature of Debtor

```
Amazon Web Services
410 Terry Avenue North
Seattle, WA 98109


BAYLOR SCOTT & WHITE CLINIC
1800 S A.W. Grimes Blvd
Round Rock, TX 78664


Radius Global Solutions
PO Box 390846
Minneapolis, MN 55439
```

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re | ) | Chapter 7, No. 25-30049-EDK |
|  | ) |  |
| SAMUEL DAVID CASTILLO | ) |  |
|  | ) |  |
| Debtor | ) |  |
|  | ) |  |

### CERTIFICATE OF SERVICE

I, ANDREA M. O'CONNOR, do hereby certify that I caused a copy of the attached Motion to Amend Schedule E/F and Matrix, the Amended Schedule E/F, Amended Matrix and Verification, and this certificate of service to be served on the parties listed below on February 13, 2025:

<u>VIA ECF:</u>

Richard T. King, Esq.
Office of the U. S. Trustee
446 Main Street, 14th Floor
Worcester, MA 01608-2361

Jonathan R. Goldsmith, Esq.
Goldsmith, Katz & Argenio, P.C.
1350 Main Street, Suite 1505
Springfield, MA 01103

<u>VIA FIRST CLASS MAIL:</u>

Samuel D. Castillo
58 Cherry Street, Apt. 2
Northampton, MA 01060

Amazon Web Services
410 Terry Avenue North
Seattle, WA 98109

Radius Global Solutions LLC (Discover Bank)
P.O. Box 390846
Minneapolis, MN 55439

Baylor Scott & White Clinic
1800 S A.W. Grimes Blvd.
Round Rock, TX 78664

Dated:  February 13, 2025

By: /s/ Andrea M. O'Connor
ANDREA M. O'CONNOR, ESQ.
MA No. 679540
For FITZGERALD LAW, P.C.
46 Center Square
East Longmeadow, MA 01028
Tel. (413) 486-1110
amo@fitzgeraldpc.com